# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS STIDHAM,<br><br>             Plaintiff,<br><br>     v.<br><br>NEWREZ,<br><br>             Defendant. | Case No. 1:23-cv-01083-JLT-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>(ECF No. 8)<br><br>**DEADLINE: OCTOBER 18, 2023** |

On August 21, 2023, a stipulation was filed to extend time for Defendant to respond to the complaint by twenty-one (21) days, which pursuant to Local Rule 144(a), did not need Court approval. (ECF No. 5.) On September 11, 2023, a stipulation was filed extending the time for Defendant to respond to the complaint until October 18, 2023, to allow for the continuation of settlement discussions. (ECF No. 8.) The Court finds good cause to approve the stipulated request.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY
2 ORDERED that Defendant shall file a pleading responsive to the complaint on or before
3 **October 18, 2023**.

IT IS SO ORDERED.

Dated:   **September 12, 2023**

UNITED STATES MAGISTRATE JUDGE

2