# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS STIDHAM,<br><br>            Plaintiff,<br><br>v.<br><br>NEWREZ DBA PHH MORTGAGE SERVICES,<br><br>            Defendant. | Case No. 1:23-cv-01083<br><br>ORDER GRANTING STIPULATION AND AMENDING NOVEMBER 1, 2023 SCHEDULING ORDER<br><br>(ECF No. 15) |

On May 20, 2024, the Kris Stidham ("Plaintiff") and PHH Mortgage Corporation, erroneously sued as "Newrez DBA PHH Mortgage Services" ("Defendant") filed a stipulation to extend the discovery deadline in this matter. (ECF No. 15.)

Accordingly, finding good cause, pursuant to the stipulation of the parties the November 1, 2023 Scheduling Order is HEREBY AMENDED as follows:

The May 10, 2024 deadline to complete all discovery, including motions to compel, is extended to **June 30, 2024**, with respect to Plaintiff's responses to Defendant's discovery requests.

IT IS SO ORDERED.

Dated:   **May 21, 2024**

                                                UNITED STATES MAGISTRATE JUDGE