1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS STIDHAM, | Case No.  1:23-cv-01083-JLT-SAB |
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE |
| v. | (ECF Nos. 21, 22) |
| NEWREZ, | |
| Defendant. | |

On September 11, 2024, and September 19, 2024, the parties filed stipulations to extend the deadlines for Defendant's motion for summary judgment.[1]  (ECF No. 21, 22.)

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff shall file an opposition to Defendant's motion for summary judgment on or before September 27, 2024; and

2.  Defendant's reply shall be filed on or before October 4, 2024.

IT IS SO ORDERED.

Dated:  __September 20, 2024__

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are reminded that "[i]n addition to filing the proposed order electronically in .pdf format, the proposing person must also submit by email a separate proposed order in Word format to the appropriate Judge or Magistrate Judge's email box listed on the Court's website."  Local Rule 137(b).

1