# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS STIDHAM, an individual;<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ DBA PHH MORTGAGE SERVICES, a limited liability company, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  1:23-cv-01083-KJM-SAB<br><br>**ORDER GRANTING JOINT REQUEST FOR VIRTUAL APPEARANCE AT SUMMARY JUDGMENT HEARING** |

On April 4, 2025, Plaintiff Kris Stidham ("Plaintiff") and Defendant PHH Mortgage Corporation, erroneously sued as "NEWREZ DBA PHH MORTGAGE SERVICES" ("Defendant") (Plaintiff and Defendant collectively, "Parties"), filed a Joint Request for Virtual Appearance at Summary Judgment Hearing ("Request").

The Court, having considered the Request and finding good cause, hereby GRANTS the Request and ORDERS as follows:

The Parties are granted leave to appear virtually at the hearing on Defendant's Summary Judgment Motion.

IT IS SO ORDERED.

Dated:  April 7, 2025

_____
SENIOR UNITED STATES DISTRICT JUDGE