UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kris Stidham,<br><br>    Plaintiff,<br><br>    v.<br><br>Newrez,<br><br>    Defendant. | No. 1:23-cv-01083-KJM-SAB<br><br>ORDER |

On June 2, 2025, the parties filed a Notice of Settlement, ECF No. 40, indicating a settlement was reached in this case. The court ordered dispositional documents be filed no later than June 26, 2025. Min. Order, ECF No. 41. The June 26 deadline has now passed and the parties did not file dispositive documents or otherwise request additional time to file such documents. Under Local Rules 110, 160 and 272, failure to timely file dispositional papers in violation of a court order may be grounds for sanctions.

Within fourteen days of the filing date of this order, the parties shall **show cause why sanctions should not be imposed** for failure to timely file dispositional documents. The parties may comply with this order by filing either (1) a status report explaining the status of the settlement and why the appropriate documents have not been filed, or (2) appropriate papers to dismiss or conclude this action. The parties are advised that failure to respond to this order may result in dismissal of this action and monetary sanctions as the court deems appropriate.

1

1       IT IS SO ORDERED.

2    DATED: July 9, 2025.

3

_____
UNITED STATES DISTRICT JUDGE